UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TRACY LEE SHEARIN | CIVIL ACTION NO. 04-2548-A |
|---|---|
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA THROUGH THE UNITED STATES MARSHALL SERVICE AND THE UNITED STATE PUBLIC HEALTH SERVICE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

After reviewing the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

IT IS ORDERED that the United States' Motion to Dismiss pursuant to Rule 12(b)(1) (Doc. 11) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SIGNED on this 3rd day of April, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge